**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MANUEL ANORQUI REAL ESPRONCEDA,<br><br>        Defendant. | 2:13-cr-302-APG-CWH<br><br>**O R D E R** |

On **September 4, 2014,** this matter came before the Court for hearing on the Petition for action on the defendant's conditions of pretrial release (#6). The defendant was present with counsel.

The defendant admitted that he failed to report to the Pretrial Services in February and March of 2014 and failed to appear for sentencing on May 22, 2014.

Arguments were heard.

The Court has considered the information offered by the Government, the arguments made by defense counsel, the defendant's admission of the violations, and finds as follows:

The defendant stands convicted. Therefore, it is his burden to prove that he is not a risk of flight. He has failed to meet that burden. Further, the Court finds there is clear and convincing evidence that the defendant has violated his conditions of release. The Court is satisfied by a preponderance of the evidence that no

condition or combination of conditions of release would guarantee the defendant's appearance.

ACCORDINGLY, pursuant to the provisions of 18 U.S.C. § 3148, IT IS THEREFORE ORDERED that the release order heretofore entered on **July 25, 2013** is hereby revoked.

IT IS FURTHER ORDERED that the defendant shall be detained pending sentencing.

DATED this  4th   day of September, 2014.

_____
**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**